# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYNE M. SEETO,<br><br>          Plaintiff,<br><br>v.<br><br>NEVADA HIGHWAY PATROL, *et al.*,<br><br>          Defendants. | Case No. 2:25-cv-00519-CDS-NJK<br><br>**Order** |

Plaintiff is proceeding in this action *pro se* and submitted a complaint.  Docket No. 1-1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.  To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1.      Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2.      The Clerk of the Court shall send Plaintiff the short form application to proceed *in forma pauperis* by a non-prisoner.

3.      Plaintiff must comply with this order no later than April 21, 2025.  Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: March 21, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1