# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RYNE SEETO,

    Plaintiff(s),

v.

NEVADA HIGHWAY PATROL, et al.,

    Defendant(s).

Case No. 2:25-cv-00519-CDS-NJK

**ORDER**

On April 23, 2025, the undersigned recommended that this case be dismissed in light of Plaintiff's failure to either pay the filing fee or file an application to proceed *in forma pauperis*. Docket No. 4. Plaintiff has now paid the filing fee. Plaintiff is hereby **ADMONISHED** that strict compliance with the Court's orders is expected moving forward. Subject to that caveat, the Court also **WITHDRAWS** the report and recommendation. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff must effectuate service of process by August 4, 2025.

IT IS SO ORDERED.

Dated: May 6, 2025

                                                    Nancy J. Koppe
United States Magistrate Judge