# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ryne M. Seeto,<br><br>    Plaintiff(s),<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00519-CDS-NJK<br><br>**Order**<br><br>[Docket No. 38] |

Pending before the Court is a stipulation to stay discovery pending resolution of Defendant LVMPD's motion to dismiss. Docket No. 38; *see also* Docket No. 30 (motion to dismiss). Having considered the governing standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581-84 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[1] Accordingly, the motion to stay discovery is **GRANTED**. If resolution of the underlying motion to dismiss does not result in termination of LVMPD from this action, the parties must confer and file a joint discovery plan within 21 days of the issuance of that order.

IT IS SO ORDERED.

Dated: December 10, 2025

                                                                                         Nancy J. Koppe<br>
                                                                                        United States Magistrate Judge

---

[1] Even when the parties do not do so, the Court must apply the correct legal standard. *Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1224 (9th Cir. 2000). Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion to dismiss is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.